In the Matter of the Arbitration between ERIE COUNTY BOARD OF ELECTIONS et al., Respondents, and DONALD CUMMINS et al., Appellants. [625 NYS2d 993] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Howe, J. (Appeal from Judgment of Supreme

Court, Erie County, Howe, J.—Stay Arbitration.) Present—Pine, J. P., Wesley, Doerr, Davis and Boehm, JJ.